UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    Petitioner,

v.                                            CASE NO: 8:06-MC-124-T-30TGW

**WILLIAM E. WOODS,**

    Respondent.
_____/

## ORDER OF DISMISSAL

Before the Court is the United States of America's Notice of Voluntary Dismissal (Dkt. #4). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1)     This cause is dismissed without prejudice.

2)     All pending motions are denied as moot.

3)     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 1, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2006\06-mc-124.dismissal 4.wpd*